**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC LOMAR JOHNSON, | ) NO. EDCV 06-00893-ABC (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| KATHY MENDOZA-POWERS, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: <u>December 12, 2008</u>

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE